**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1086**

_____

ROBERT PAUL SHARPE,

        Plaintiff - Appellant,

    v.

JOHN CHARLES BIRCHER, III, Attorney,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  Terrence W. Boyle, District Judge.  (7:24-cv-00085-BO-RN)

_____

Submitted:  August 28, 2025                                        Decided:  September 2, 2025

_____

Before GREGORY, QUATTLEBAUM, and HEYTENS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Robert Paul Sharpe, Appellant Pro Se.  Joseph Zachary Frost, BUCKMILLER & FROST, PLLC, Raleigh, North Carolina; Joseph Jude Vonnegut, HUTCHENS LAW FIRM, Fayetteville, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Paul Sharpe appeals the district court's order dismissing his complaint filed pursuant to 31 U.S.C. § 3730(h), 41 U.S.C. § 4712, and 42 U.S.C. § 1983. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm the district court's order. *Sharpe v. Bircher*, No. 7:24-cv-00085-BO-RN (E.D.N.C. Jan. 24, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*